JOHN MULDOON *v.* HOMESTEAD INSULATION
COMPANY ET AL.

The claimant John Muldoon's petition for certification for appeal from the Appellate Court, 33 Conn. App. 695 (AC 12112/12113), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the prior stipulation barred the claimant's claim, as a matter of law?"

The Supreme Court docket number is SC 14927.

*Robert F. Carter,* in support of the petition.

*Karen P. Blado* and *Kevin J. Maher,* in opposition.

Decided May 6, 1994

WILSON S. KISTLER ET AL. *v.* DOUGLAS GNAZZO ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 33 Conn. App. 943 (AC 12114), is denied.

*Jeffrey J. Mirman,* in support of the petition.

*Keith E. Krusz* and *Robert J. Cathcart,* in opposition.

Decided May 6, 1994

ELIZABETH GALLAGHER, EXECUTRIX (ESTATE OF
THOMAS GALLAGHER) *v.* J. WILLIAM BURNS,
COMMISSIONER OF TRANSPORTATION, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 945 (AC 12315), is denied.

*Steven P. Kulas,* in support of the petition.

*Edward P. Brady III,* in opposition.

Decided May 6, 1994